IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **JIE YU**, | ) |
| | ) |
|     **Petitioner**, | ) |
| | ) |
| v. | )  4:16-cv-00089-AKK-JEO |
| | ) |
| **LORETTA E. LYNCH et al.**, | ) |
| | ) |
|     **Respondents**. | ) |

### MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §2241.  Doc. 1.  The Petitioner, a citizen of China, challenges his continued detention by United States Immigration and Customs Enforcement ("ICE") at the Etowah County Detention Center in Gadsden, Alabama.  The case is now before the court on the Respondents' motion to dismiss the petition as moot.  Doc. 7.  In their motion, the Respondents note that the Petitioner was released from ICE custody on February 8, 2016.

Because the Petitioner has been released from ICE custody, his petition seeking that very relief is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide

1

'meaningful relief'"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011). A separate order will be entered.

**DONE** the 11th day of February, 2016.

                                                **ABDUL K. KALLON**
                                           UNITED STATES DISTRICT JUDGE